**EXHIBIT A**

Name: Channun Madden

| Total Funds Paid **Prior** to Bankruptcy Filing | $ 2200 | ☑ Chapter 7 | ☐ Chapter 13 |
|---|---|---|---|

The Total Funds you will pay to CLG **prior** to your Bankruptcy Filing will be applied as follows:

| √ If Applies | Amount | Description | Payee |
|---|---|---|---|
| ☑ Yes | $338.00 (7) | Bankruptcy Court filing Fee | US Bankruptcy Court |
| ☐ Yes | $313.00 (13) | Bankruptcy Court filing Fee | US Bankruptcy Court |
| ☑ Yes | $45.00 | Credit Report (if Single Debtor filing Bankruptcy) | 3rd Party Vendor |
| ☐ Yes | $90.00 | Credit Report (if Joint Debtors filing Bankruptcy) | 3rd Party Vendor |
| ☑ Yes | $30.00 | Credit Counseling & Debt Education | 3rd Party Vendor |
| ☐ Yes | | Land Record Search | CLG |
| ☐ Yes | | Post-Filing Lien Search | CLG |
| ☐ Yes | $22.00 | Homestead Deed Filing Fee | State Circuit Court |
| ☐ Yes | $34.00 | Amendment of Schedules Fee (Add-a-creditor) | US Bankruptcy Court |
| ☐ Yes | $ | Funds applied to Chapter 13 plan payments | Chapter 13 Trustee |
| ☑ Yes | $ 1787 | Attorney's Fees paid prior to Bankruptcy filing | CLG |
| ☐ Yes | $ | Other: | |
| Total Paid Prepetition | $ 2200 | | |

**If Chapter 13:**

| The Balance of the **Attorney's Fees** to be paid by the Chapter 13 Trustee through the client's plan: $ N/A | The balance, if any, of the Court's **Filing Fee** to be paid by the Chapter 13 Trustee through the client's plan: $ N/A |
|---|---|

**Total Attorney Fees Charged** (includes both those fees paid prior to filing and after filing)[1]:

$ 1787.00

---

[1] Note that the Court may approve additional attorney fees in a Chapter 13 for work done after the filing of the case if special matters arise outside of the normal case approval and administration process. Similarly, in Chapter 7, additional fees may be charged for work that exceeds the scope of the Legal Services Agreement.